# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **EUGENE LIN AND DAVID MASHBURN,** | § § § | |
| **PLAINTIFFS** | § § § § | |
| v. | § § | CA NO. 1:25-cv-893 |
| **GIDDY HOLDINGS, INC. AND BRETT JACOBSON, INDIVIDUALLY,** | § § § § § | |
| **DEFENDANTS** | § § § | **JURY TRIAL REQUESTED** |

## DISCLOSURE OF INTERESTED PARTIES

Plaintiffs Eugene Lin and David Mashburn certify that the following persons or entities have a financial interest in the outcome of this litigation:

Eugene Lin and David Mashburn
Plaintiffs

Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601

        Respectfully submitted,

        */s/ Douglas B. Welmaker*
        Douglas B. Welmaker
        Attorney-in-Charge
        State Bar No. 00788641
        Welmaker Law, PLLC
        409 N. Fredonia, Suite 118
        Longview, Texas 75601
        Phone: (512) 799-2048
        Email: doug@welmakerlaw.com

        **ATTORNEY FOR PLAINTIFFS**